# Court of Appeals, State of Michigan

## ORDER

In re S. KANJIA, Minor

Docket No. 320055

LC No. 11-053881-NA

Stephen L. Borrello
Presiding Judge

Deborah A. Servitto

Douglas B. Shapiro
Judges

The Court orders that the October 21, 2014 opinion is hereby AMENDED. The signature block on page 11 of the slip opinion shall now read as follows: Douglas B. Shapiro, Stephen L Borrello, and Deborah A. Servitto.

The Clerk is directed to provide a copy of this order to the Reporter's Office so the change can be incorporated into the opinion during the publishing process.

In all other respects, the October 21, 2014 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 23 2014

Date

Chief Clerk